(September 15, 2009)

■ CHIEF JUDGE OF THE STATE OF NEW YORK et al., Respondents, v GOVERNOR OF THE STATE OF NEW YORK, Defendant, and SPEAKER OF THE NEW YORK STATE ASSEMBLY et al., Appellants. [884 NYS2d 862]—Order, Supreme Court, New York County (Edward H. Lehner, J.), entered June 16, 2009, which, insofar as appealed from as limited by the briefs, upon a search of the

record granted plaintiffs summary judgment on their third cause of action, unanimously affirmed for the reasons stated in this Court's decision in *Larabee v Governor of State of N.Y.* (65 AD3d 74 [2009]), without costs. Concur—Gonzalez, P.J., Tom, Nardelli, Moskowitz and Renwick, JJ.